PLAINFIELD TRUST COMPANY, SUBSTITUTED ADMINISTRATOR, APPELLANT, v. JOHN McCUTCHEON, COMPTROLLER, ET AL., RESPONDENTS.

Submitted February 1, 1931—Decided April 24, 1931.

For the appellant, *Walter E. Cooper*.

For the respondent, *William A. Stevens* and *William A. Moore*.

202

PER CURIAM.

The judgment under review should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ. 10.

*For reversal*—None.